IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROGER P. JACKSON, MD,<br><br>               Plaintiff,<br><br>v.<br><br>MIZUHO ORTHOPEDIC SYSTEMS, INC.,<br><br>               Defendant. | No.: 4:12-cv-01031-W-NKL<br><br>[Demand for Jury Trial] |

**JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE JOINT CLAIM CONSTRUCTION CHART AND JOINT PREHEARING STATEMENT**

COME NOW, the parties by and through their respective counsel of record request the Court to modify its Scheduling and Jury Trial Order in this matter and extend the deadline for filing the parties' Joint Claim Construction Chart and Joint Prehearing Statement ("JCC") from May 24, 2013 to June 7, 2013. In support of this Motion, the parties state as follows:

1.      The Court entered its Scheduling and Jury Trial Order ("Order") on December 18, 2012. Dkt. No. 21. In Section C.2 of the Order, the Court adopted Sections B and C of the parties' Joint Proposed Scheduling Order and Discovery Plan ("Plan") (Dkt. No. 20), filed on November 28, 2012. Pursuant to Section C.11 of the Plan, the deadline for filing the parties' JCC is May 24, 2013.

2.      The parties have been working diligently to complete the JCC, and have come to consensus on the constructions for a number of claim terms upon which they initially disagreed. In the hopes of resolving additional claim construction disputes, the

parties wish to spend two additional weeks to complete their negotiations and finalize the JCC. Therefore, good cause exists for the requested extension.

4. The parties' opening claim construction briefs are not due until July 12, 2013. The requested extension of time for filing the JCC will not adversely impact this deadline, or any other remaining deadline in the Order.

WHEREFORE, Plaintiff Roger P. Jackson, MD and Defendant Mizuho Orthopedic Systems, Inc. respectfully request the Court to enter an Order modifying the Scheduling and Jury Trial Order to allow the parties until **June 7, 2013** to file their Joint Claim Construction Chart and Joint Prehearing Statement.

DATED: May 23, 2013

Respectfully submitted,

By: /s/ Keith J. Grady
R. DAN BOULWARE ( MO #24289)
SHARON KENNEDY (MO #40431)
3101 Frederick Ave.
St. Joseph, MO 64506
816-364-2117
816-279-3977 (Fax)
dboulware@polsinelli.com
skennedy@polsinelli.com

KEITH J. GRADY (MO #46757)
100 South 4th Street, Suite 1000
St. Louis, MO 63102
314-889-8000
314-231-1776 (Fax)
kgrady@polsinelli.com

JAY E. HEIDRICK (MO #54699)
6201 College Boulevard
Suite 500
Overland Park, KS 66211
(913) 451-8788
(913) 273-1047 (Fax)
jheidrick@polsinelli.com

ATTORNEYS PLAINTIFF
ROGER P. JACKSON, MD


By: /s/ Seth B. Herring
John P. Bovich (admitted *pro hac vice*)
Email: jbovich@reedsmith.com
Marc S. Kaufman (admitted *pro hac vice*)
Email: mskaufman@reedsmith.com
Seth B. Herring (admitted *pro hac vice*)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269


David R. Barnard (MO # 47127)
Email: dbarnard@lathropgage.com
Luke M. Meriwether (MO # 59915)
Email: lmeriwether@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Boulevard
Suite 2200
Kansas City, MO 64108
Tel: 816.460.5312
Fax: 816.292.2001

Counsel for Defendant
MIZUHO ORTHOPEDIC SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2013, a copy of the above and foregoing document was electronically filed with the Clerk of the Court for the Western District of Missouri using the CM/ECF system which will generate and send a notice of electronic filing to the following counsel of record.

| | |
|---|---|
| R. Dan Boulware | dboulware@polsinelli.com |
| Sharon Kennedy | skennedy@polsinelli.com |
| POLSINELLI SHUGHART PC | |
| 3101 Frederick Avenue | |
| St. Joseph, MO 64506 | |
| | |
| Jay Heidrick | jheidrick@polsinelli.com |
| John M. Challis | jchallis@polsinelli.com |
| POLSINELLI SHUGHART PC | |
| 6201 College Boulevard, Suite 500 | |
| Overland Park, KS 66211 | |
| | |
| Keith J. Grady | kgrady@polsinelli.com |
| POLSINELLI SHUGHART PC | |
| 100 S. 4th Street, Suite 1000 | |
| St. Louis, MO 63102 | |
| | |
| Dennis D. Palmer | dpalmer@polsinelli.com |
| POLSINELLI SHUGHART PC | |
| 120 W. 12th St., Suite 1800 | |
| Kansas City, MO 64105 | |

Attorneys for Plaintiff

*/s/ Seth B. Herring*
Seth B. Herring